No. 93–6702. DONALDSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6705. RICHMOND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6708. SILVA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6709. CALDERON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6710. RHABURN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6711. LOWERY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6715. JACKSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–6716. ENCARNACION, AKA GRAHAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6734. FARLEY ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6810. SANTORI *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 93–412. DALE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–461. ALABAMA *v.* SMITH. Ct. Crim. App. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–633. AGENCY FOR HEALTH CARE ADMINISTRATION, AS SUCCESSOR IN INTEREST TO SECRETARY, FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES *v.* PITTMAN, BY HIS NEXT FRIEND, POPE. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.